**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| VINCENT CRAIG BAKER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISON, etc.,<br><br>　　　　　Respondent. | No. CV 09-2190-PSG (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that Judgment be entered granting Respondent's motion to dismiss and dismissing the petition without prejudice for failure to exhaust administrative remedies.

DATED: November 30, 2009

　　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE