# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VINCENT CRAIG BAKER, | No. CV 09-2190-PSG (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| FEDERAL BUREAU OF PRISON, etc., | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that this petition is dismissed without prejudice for failure to exhaust administrative remedies.

DATED: November 30, 2009

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE